UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CLARENCE L. DUNSON,**

        **Petitioner,**

v.                                      **Case No: 6:17-cv-2006-Orl-41TBS**

**SECRETARY, DEPARTMENT OF CORRECTIONS and ATTORNEY GENERAL, STATE OF FLORIDA,**

        **Respondents.**
_____/

**ORDER**

THIS CAUSE is before the Court on Petitioner's Motion for Reconsideration (Doc. 13). Petitioner seeks reconsideration of the Court's Order (Doc. 11) denying his prior Motion for Reconsideration (Doc. 9). The Court finds that Petitioner has failed to demonstrate any basis for reconsideration of the Court's prior Order.

Therefore, it is **ORDERED** and **ADJUDGED** that Petitioner's Motion for Reconsideration (Doc. 13) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on February 6, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party